# United States District Court
EASTERN DISTRICT OF WISCONSIN

JOEL ABDULLAH,

        Plaintiff,

        v.

MILO'S POULTRY FARMS, LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 24-CV-1400

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this case is DISMISSED.

Dated: June 3, 2025

        GINA M. COLLETTI
        Clerk of Court

        s/ Joleen M. Krings
        (By) Deputy Clerk